# KEMENY, LLC

TRUSTED TRIAL COUNSEL

| | | |
|---|---|---|
| **Alexander J. Kemeny, Esq.** | 7-G Auer Court | Office Tel.: (732) 853-1725 |
| akemeny@kemenylaw.com | Williamsburg Commons | Facsimile: (732) 853-1730 |
| www.KemenyLaw.com | East Brunswick, NJ 08816 | Direct Dial: (732) 853-1025 |

August 28, 2018

**VIA ECF**
Hon. Peter G. Sheridan, U.S.D.J.
United States District Court of New Jersey
Clarkson S. Fisher Building Federal Building
402 East State Street
Trenton, NJ 08608

*[Handwritten: I will consider this motion without oral argument, in accordance with the dates set forth below.]*

**SO ORDERED:** /s/ Peter G. Sheridan

**DATED:** 8/27/18

Re: Lexpath Technologies Holdings, Inc. v. Brian Welch, et al.
Civil Action No.: 13-cv-5379-PGS-LHG

Dear Judge Sheridan:

As Your Honor is aware, my firm represents the Defendants-Counterclaimants, Brian Welch and Welch Technology Services, LLC (collectively "Defendants"), in connection with the above referenced matter. Defendants filed a renewed motion for attorney's fees (Document No. 149) that is returnable on September 17, 2018.

Plaintiff's counsel contacted me to request consent to adjourn the motion for attorneys' fees. His office advised me that he is out of the office through Labor Day, assisting his triplets to move into different schools and that he is scheduled to be out of state for another case from September 17 through 25, 2018. I am scheduled to be out of the office for multiple days at the end of September and beginning of October because of several Jewish holidays (Yom Kippur, Sukkot, and Shemini Atzeret). After discussing the requested adjournment with Plaintiff's counsel, we agreed to the following new proposed dates for the motion:

**Return date: October 15**
Opposition due: September 28
Reply due: October 9

I respectfully request that Your Honor extend the filing deadlines for the motion and the return date accordingly. Thank you for the Court's attention to this matter.

Respectfully submitted,

/s/ Alexander J. Kemeny

**ALEXANDER J. KEMENY**

cc: Daniel F. Markham, Esq. (via email)
Victoria M. Brown, Esq. (via ECF)
Mr. Brian Welch (via email)