

**Wrobel Markham LLP**

360 Lexington Ave, Suite 1502
New York, NY 10017
Telephone: (212) 421-8100
Fax: (212) 421-8170
www.wmlawnyc.com

**Daniel F. Markham, Esq.**
dmarkham@wmlawnyc.com

September 28, 2018

*Via ECF*
Honorable Peter G. Sheridan
Clarkson S. Fisher Building &
United States Courthouse
402 East State Street, Courtroom 4E
Trenton, New Jersey 08608

Re:   *Lexpath Technologies Holdings, Inc. v. Brian Welch, et al.*,
       Case No. 13-cv-5379(PGS)(LHG)

Dear Judge Sheridan,

This letter is written to request a two-week adjournment on Defendants' Renewed Motion for Attorneys' Fees and Costs, which was originally returnable on August 21, 2018, and then extended by mutual agreement between the parties to October 15, 2018. Accordingly, the new requested return date of the motion is October 29, 2018.

The reason for the requested adjournment is that the parties are currently involved in settlement negotiations and hope to have the issue resolved without the need for further motion practice. Defendants' support the requested adjournment.

Please do not hesitate to contact me if you have any questions regarding this letter or would like any additional information.

Very respectfully,

Daniel F. Markham
(Counsel for Plaintiff)

Cc:   Alexander Kemeny, Esq. (via ECF)

*[Handwritten: adjourned to Nov 20, 2018. The court will rule on the papers; no oral argument is required.]*

SO ORDERED: /s/ Peter G. Sheridan
DATED: 10/9/18