*Alexander J. Kemeny, Esq. (AK3438)*
**KEMENY, LLC**
7-G Auer Court
Williamsburg Commons
East Brunswick, New Jersey 08816
Tel.: (732) 853-1725 | Fax: (732) 853-1730
Attorneys for Defendants-Counterclaimants,
Brian Welch and Welch Technology Services, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LEXPATH TECHNOLOGIES HOLDINGS, INC.,**<br><br>         Plaintiff,<br><br>         v.<br><br>**BRIAN R. WELCH and WELCH TECHNOLOGY SERVICES, LLC,**<br><br>         Defendants-Counterclaimants. | Case No.: 13-cv-5379-PGS-LHG<br><br>*Document Electronically Filed*<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

Pursuant to Local Rule 79.3(a), Defendants-Counterclaimants, Brian Welch and Welch Technology Services, LLC ("Welch and WTS"), hereby provide notice to the Court of the satisfaction by Plaintiff, Lexpath Technologies Holdings, Inc. ("Lexpath"), of the judgment entered against on it on June 30, 2018, by the United States Court of Appeals for the Third Circuit, Appeal No. 17-2604, in the amount of $172.22 for appellate costs taxed against Lexpath.  The parties have settled the matter and any liability Lexpath may have for legal fees and costs in this matter

has been fully satisfied.  Welch and WTS were and are the true owners of the judgment.

The judgment has been fully and finally paid, and the clerk of the court is hereby authorized to record it as fully satisfied.

Dated: December 27, 2018

                        **KEMENY, LLC**
                        *Attorneys for Defendants-Counterclaimants, Brian Welch and Welch technology Services, LLC*

                        */s/ Alexander J. Kemeny*
                        **ALEXANDER J. KEMENY** (AK3438)